# Exhibit D

## OECI Resolution

20-12741    Doc 2-4    Filed 11/24/20    Entered 11/24/20 20:14:17    Exhibit D    Pg 1 of 5



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL·- *CERTIFIED PUBLIC TRANSLATOR*
ldioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

| TRANSLATION No.  74472 | BOOK No.  225 | PAGE No.  001 |

I, the undersigned Sworn Translator and Commercial Interpreter, hereby CERTIFY this is the description and faithful translation of a DOCUMENT written in Portuguese, which I translate as follows:

================================================================================

### OECI S.A.
### NIRE [Business Registration] No. 35.300.526.805
### CNPJ/ME [Corporate Taxpayer's Registration] No. 10.220.039/0001-78
### MINUTES OF THE BOARD OF DIRECTORS MEETING
### HELD ON OCTOBER 15, 2020

**DATE, TIME AND PLACE:** On October 15, 2020 at 10h30 AM, held remotely, virtually, due to the recent events arising from the new Coronavirus (COVID-19) pandemic, declared by the World Health Organization - WHO on March 13, 2020, and in compliance with the social isolation recommendations to curb the spread of COVID-19. **QUORUM:** Presence of all the members of the Company's Board of Directors. **PRESIDING MEMBERS:** Marco Aurélio Benito Juarez Gimenes Siqueira, *President*; Ícaro Akim Silvestre Nascimento, *Secretary*. **RESOLUTIONS:** The attending Directors, within the scope of the request of Extrajudicial Recovery of the Company, approved by the Shareholders in an Extraordinary General Meeting held on August 17, 2020 and filed on August 19, 2020, and the beginning of the conduction of an auxiliary process denominated Chapter 15 of the Bankruptcy Code of the United States of America ("Bankruptcy Code") before the United States Bankruptcy Court, Southern District of New York ("Chapter 15"), approve unanimously **(i)** the appointment of Mrs. **Adriana Henry Meirelles**, Brazilian, married, administrator, holder of identity card RG No. 13608672 SSP/SP, enrolled with CPF/ME under No. 257.389.388-01, to act as a foreigner representative of the Company in the Chapter 15 procedure, as provided for in section 101 (24) of the Bankruptcy Code, with powers to meet all requirements provided for in the Bankruptcy Code; and **(ii)** the granting of a specific power of attorney for **Adriana Henry Meirelles** to practice all the acts necessary to comply with the resolution of the item **(i)** above, for the time which the Chapter 15 procedure of the Bankruptcy Code takes, in accordance with the provisions of §2, article 22 of the Articles of Incorporation of the Company. **CLOSING:** Nothing further to discuss, the meeting was closed, this Minutes were drawn up, read, found to be in compliance, and signed by all presiding members and all attending Directors. São Paulo, October 15, 2020. **PRESIDING MEMBERS:** Marco Aurélio Benito Juarez Gimenes Siqueira, *President*; Ícaro Akim Silvestre Nascimento, *Secretary*. **BOARD OF DIRECTORS:** Marco Aurélio Benito Juarez Gimenes Siqueira; Jayme Gomes da Fonseca and Raul Ribeiro Pereira Neto.
Signed: [illegible signature].
Ícaro Akim Silvestre Nascimento.
*Secretary.*
[It bears initial].

*IN SCRIÇÕES /REGISTRATIONS:*     RG *[Id Card]*  8.489.091-5     CPF 756.770.758-68     JUCEPE nº  406



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL·- *CERTIFIED PUBLIC TRANSLATOR*

ldioma/Language: Inglês - Português/*English - Portuguese*

Matrícula Jucepe nº 406 • CPF 756.770.758-68

Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0

*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  74472                BOOK No.  225                PAGE No.  002

===============================================================================

Nothing else was contained in said original, which I return with this faithful translation. In witness whereof, I have hereunto set my hand and seal of office. November 06, 2020.

Emoluments according to the law.

**This document has been digitally signed by Antonio Dari Antunes Zhbanova.
To verify the signature, visit the website below and enter the code provided.**



Este documento foi assinado digitalmente por Antonio Dari Antunes Zhbanova.
Para verificar as assinaturas vá ao site
https://www.portaldeassinaturas.com.br:443 e utilize o código 2EB1-7E1B-6A10-C9A8.

*IN SCRIÇÕES /REGISTRATIONS:*            RG *[Id Card]*  8.489.091-5            CPF 756.770.758-68            JUCEPE  nº  406

## OECI S.A.
## NIRE 35.300.526.805
## CNPJ/ME nº 10.220.039/0001-78

## ATA DE REUNIÃO DE DIRETORIA
## REALIZADA EM 15 DE OUTUBRO DE 2020

**DATA, HORA E LOCAL:** Em 15 de outubro de 2020, às 10:30 horas, realizada à distância, de forma virtual, em função dos recentes eventos decorrentes da pandemia do novo Coronavírus (Covid-19), declarada pela Organização Mundial de Saúde – OMS, no dia 13 de março de 2020, e em observância às recomendações de isolamento social para conter a disseminação do Covid-19. **QUORUM:** Presença de todos os membros da Diretoria da Companhia. **MESA:** Marco Aurélio Benito Juarez Gimenes Siqueira, *Presidente*; Ícaro Akim Silvestre Nascimento, *Secretário*. **DELIBERAÇÕES:** Os Diretores presentes, no âmbito do pedido de Recuperação Extrajudicial da Companhia, aprovado pelos Acionistas na Assembleia Geral Extraordinária realizada em 17 de agosto de 2020 e ajuizado em 19 de agosto de 2020, e do início da realização de processo auxiliar denominado Capítulo 15 do Código de Insolvência dos Estados Unidos da América ("Código de Insolvência") perante a Corte de Insolvência dos Estados Unidos da América do Distrito Sul de Nova Iorque ("Capítulo 15"), aprovam, por unanimidade de votos, **(i)** a nomeação da Sra. **Adriana Henry Meirelles**, brasileira, casada, administradora, portadora da carteira de identidade RG nº 13608672 SSP/SP, inscrita no CPF/ME sob o nº 257.389.388-01, para figurar como representante estrangeira da Companhia no procedimento do Capítulo 15, conforme disciplinado na seção 101 (24) do Código de Insolvência, com poderes para atendimento a todos os requisitos previstos no Código de Insolvência; e **(ii)** a outorga de procuração específica para **Adriana Henry Meirelles** praticar todos os atos necessários ao cumprimento da deliberação do item **(i)** acima, pelo tempo em que tramitar o procedimento do Capítulo 15 do Código de Insolvência, em conformidade com o disposto no §2º, artigo 22 do Estatuto Social da Companhia. **ENCERRAMENTO:** Nada mais havendo a tratar, foi encerrada a



reunião, lavrando-se a presente Ata que, após lida e aprovada, foi assinada pelos membros da mesa e por todos os Diretores presentes. São Paulo, 15 de outubro de 2020. **MESA**: Marco Aurélio Benito Juarez Gimenes Siqueira, *Presidente;* Ícaro Akim Silvestre Nascimento, *Secretário.* **DIRETORIA**: Marco Aurélio Benito Juarez Gimenes Siqueira; Jayme Gomes da Fonseca; e Raul Ribeiro Pereira Neto.

Ícaro Akim Silvestre Nascimento
*Secretário*