# Exhibit E

# Notice List

Richard J. Cooper, Esq.
Luke A. Barefoot, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for the Foreign Representative*
*of Odebrecht Engenharia e Construção S.A.*
*and affiliated debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Odebrecht Engenharia e Construção S.A., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding | Chapter 15<br><br>Case No. 20-12741<br><br>(Jointly Administered) |

**Notice List**

| Notice Party Name | Notice Party Address |
|---|---|
| Office of the United States Trustee for the Southern District of New York | 201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Benjamin J. Higgins,<br>benjamin.j.higgins@usdoj.gov |
| **Debtors and Affiliates** | |
| Odebrecht Engenharia e Construção S.A. | Rua Lemos Monteiro<br>120, 8th Floor<br>São Paulo, State of São Paulo 05.501-050<br>Brazil<br>Attn: Adriana Henry Meirelles |
| CNO S.A. | Rua Lemos Monteiro |

---

[1] T The Debtors in these chapter 15 cases (the "Chapter 15 Cases") and the last four identifying digits of the tax number in the jurisdiction are: Odebrecht Engenharia e Construção S.A. (Brazil – 01-28); CNO S.A. (Brazil – 01-82); OECI S.A. (Brazil – 01-78).

|  | 120, 8th Floor, Part E<br>São Paulo, State of São Paulo 05.501-050<br>Brazil<br>Attn: Adriana Henry Meirelles |
|---|---|
| OECI S.A. | Rua Lemos Monteiro<br>120, 8th Floor<br>São Paulo, State of São Paulo 05.501-050<br>Brazil<br>Attn: Adriana Henry Meirelles |
| **Counsel** | |
| Cleary Gottlieb Steen & Hamilton LLP, counsel to the Debtors | One Liberty Plaza<br>New York, NY<br>Attn: Luke A. Barefoot, lbarefoot@cgsh.com; Richard J. Cooper, rcooper@cgsh.com |
| E. Munhoz Advogados, Brazilian counsel to the Debtors | Av. Pres. Juscelino Kubitschek<br>1600, 2nd Floor<br>São Paulo, State of São Paulo, 04543-000<br>Brazil<br>Attn: Eduardo Secchi Munhoz, eduardo@emunhoz.com.br<br>Felipe Ribeiro da Luz Camara, felipe@emunhoz.com.br<br>Ana Elisa Laquimia de Souza alaquimia@emunhoz.com.br |
| Norton Rose Fulbright US LLP, counsel to the Indenture Trustee | 1301 Avenue of the Americas<br>New York, New York 10019-6022<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Attn: Marian Baldwin Fuerst, Esq., marian.baldwin@nortonrosefulbright.com; Francisco Vazquez, Esq., francisco.vazquez@nortonrosefulbright.com |
| Davis Polk & Wardwell LLP, counsel to the Ad Hoc Group | 450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Fax: (212) 701-5800<br>Attn: David Schiff, david.schiff@davispolk.com; Timothy Graulich, timothy.graulich@davispolk.com |

| **Bank Accounts** | |
|---|---|
| Branch Banking and Trust Company | 1200 Brickell Ave<br>Miami, FL 33131<br>Telephone: 305-523-3400<br>Attn: Maria R. Castillo,<br>mcastillo@bbandt.com |
| Wells Fargo Bank N.A. | 333 SE 2nd Avenue, 22th Floor<br>Miami, FL  33131<br>Telephone: 305-329-6777<br>Fax:  305-329-6790<br>Attn: Amalia Cid, amy.cid@wellsfargo.com |
| JP Morgan Chase Bank, NA | P.O Box 182051<br>Columbus, OH 43218-2051<br>Attn: Legal Department |
| PNC Bank, N.A. | 249 Fifth Avenue<br>Pittsburgh, PA 15222<br>Telephone: 800-669-1518<br>Attn: Treasure Management Client Care,<br>tmcc@pnc.com<br><br>Account managed by Liberty Mutual Insurance<br>175 Berkeley St.<br>Boston, MA 02116<br>Attn : Jones Price,<br>price.jones@libertymutual.com |
| **Intermediaries** | |
| The Depository Trust Company | 55 Water Street, 1SL<br>New York, NY 10041 |
| **Regulatory Agencies** | |
| Financial Industry Regulatory Authority | 1735 K Street<br>Washington, D.C., 20006 |
| Securities and Exchange Commission | 100 F Street NE<br>Washington, D.C. 20549 |