# Exhibit C

## Initial Court Order

**COURT OF JUSTICE OF THE STATE OF SÃO PAULO**

[Coat of Arms]
Court of Justice
February 3, 1874

DISTRICT OF SÃO PAULO
CENTRAL CIVIL FORUM
1st CIRCUIT COURT OF BANKRUPTCY AND JUDICIAL REORGANIZATION
Praça João Mendes s/n°, Sala 1805, Centro - CEP 01501-900, Phone: (11) 2171-6505, São Paulo-SP - Email: sp1falencias@tjsp.jus.br
**Public Service Hours: from 12:30 a.m. to 7 p.m.**

**DECISION**

| | |
|---|---|
| Digital Process No: | **1075159-25.2020.8.26.0100** |
| Class - Requesting | **Out-of-court Reorganization – Out-of-court Reorganization** |
| Subject: | **Oeci S.a. and others** |
| Full Type of Main Defendant << Unavailable information >>: | **Name of Main Defendant << Unavailable Information >>** |

Judge: Dr(a). **JOAO DE OLIVEIRA RODRIGUES FILHO**

**Whereas,**

1. This is an out-of-court recovery request presented by ODEBRECHT ENGENHARIA E CONSTRUÇÃO S.A., enrolled in the Corporate Taxpayer Registration/Ministry of Finance (CNPJ/MF) under No. 19.821.234/0001-28, CNO S.A., enrolled in the Corporate Taxpayer Registration/Ministry of Finance (CNPJ/MF) under No. 15.102.288/0001-82 and OECI S.A., enrolled in the Corporate Taxpayer Registration/Ministry of Finance (CNPJ/MF) under No. 10.220.039/0001-78, in which they postulate the ratification of the plan presented on pgs. 36/604, according to art. 163 of Law 11.101/2005.

2. The creditors covered by out-of-court reorganization are only those of unsecured nature (financial creditors holding bonds described *on* July 6) and the reorganized companies submitted documents seeking to show the adhesion of creditors holding more than 3/5 of the credits of this class, pursuant to the procedure described on pages 19/21.

3. For the above reasons, I allow the processing of the out-of-court recovery and I order:

This document is a copy of the original, digitally signed by JOAO DE OLIVEIRA RODRIGUES FILHO, released in the file on 01/09/2020 at 16:02 . To check the original, go to https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, inform the process 1075159-25.2020.8.26.0100 and code 9A4AF8F.

**COURT OF JUSTICE OF THE STATE OF SÃO PAULO**
DISTRICT OF SÃO PAULO
CENTRAL CIVIL FORUM
1ˢᵗ CIRCUIT COURT OF BANKRUPTCY AND JUDICIAL REORGANIZATION
Praça João Mendes s/n°, Sala 1805, Centro - CEP 01501-900, Phone: (11) 2171-6505, São Paulo-SP - E-mail: sp1falencias@tjsp.jus.br
**Public Service Hours: from 12:30 a.m. to 7 p.m.**

[Coat of Arms]
Court of Justice
February 3, 1874

a) the suspension of all actions based on net credits and subject to the recovery plan.

Under the terms of art. 161, paragraph 4 of the LRF, actions, and executions relating to obligations not contemplated in the out-of-court reorganization plan are not suspended. Thus, *in the opposite sense*, the provisions of Article 6, Paragraph 4 of the LRF are applied, suspending the actions and executions relating to those creditors that are subject to an out-of-court reorganization, as well as to those that are not subject to it but voluntarily adhered to the plan[I].

On these grounds, I order the suspension of all actions against the companies under reorganization based on net unsecured credits subject to the recovery plan, whether or not they adhere to it. This period of suspension (stay *period)* will be limited to 180 days, in accordance with paragraph 4 of art. 6 of the LRF.

In regards to the way in which the deadlines are counted, I inform that the content of the decision recently issued (April/2018) by the Superior Court of Justice (STJ) in REsp 1699528, according to which all deadlines established by Law No. 11.101/05 should be counted in calendar days, and the provisions related to this issue in the Code of Civil Procedure of 2015 do not apply to the corporate insolvency microsystem. In this sense, all the terms of Law 11.101/2005, except for the appeals, since it is a microsystem of its own and the insolvency legislation has a bifrontier nature, will be counted in calendar days, as well as the deadlines for submission of the plan and protection of the *stay period.*

b) the publication of the notice convening the creditors, in the official body and a newspaper of wide national circulation or from the localities of the head office and any branch of the parties under reorganization, convening all its creditors and any interested parties, for the presentation of oppositions to the judicial reorganization plan, within 30 days, as of the publication, attaching the proof of their credit, in accordance with article 164 of Law No. 1.101/2005;;

c) the sending of a letter, by the companies under reorganization, to all creditors covered by the plan informing the distribution of the petition, the conditions of the plan, and the term for the opposition. The proof of dispatch of the letters must be made in 10 days.

---

[I] OLIVEIRA, Márcio Antonio. Out-of-court reorganization of companies, *in* Full comments on the bankruptcy and recovery law. Curitiba: Juruá, 2006. V. II. p. 300-301 (COSTA, Daniel Carnio.).

This document is a copy of the original, digitally signed by JOAO DE OLIVEIRA RODRIGUES FILHO, released in the file on 01/09/2020 at 16:02 . To check the original, go to https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, inform the process 1075159-25.2020.8.26.0100 and code 9A4AF8F.

[Coat of Arms]  
Court of Justice  
February 3, 1874  

**COURT OF JUSTICE OF THE STATE OF SÃO PAULO**  
DISTRICT OF SÃO PAULO  
CENTRAL CIVIL FORUM  
1st CIRCUIT COURT OF BANKRUPTCY AND JUDICIAL REORGANIZATION  
Praça João Mendes s/n°, Sala 1805, Centro - CEP 01501-900, Phone: (11) 2171-6505, São Paulo-SP - E-mail: sp1falencias@tjsp.jus.br  
**Public Service Hours: from 12:30 a.m. to 7 p.m.**

d) the presentation, by the companies under reorganization, of all the contracts in which there are cross guarantees, as well as the list of unsecured creditors of each one of the companies under reorganization, for the verification of the minimum quorum of 3/5 of the covered credits, for approval of the plan, in relation to each company under reorganization, since eventual opposition to the substantial consolidation may be submitted.

Be notified.

São Paulo, September 1, 2020.

**DOCUMENT DIGITALLY SIGNED ACCORDING TO LAW 11.419/2006, AS PRINTED ON THE RIGHT MARGIN**

This document is a copy of the original, digitally signed by JOAO DE OLIVEIRA RODRIGUES FILHO, released in the file on 01/09/2020 at 16:02. To check the original, go to https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, inform the process 1075159-25.2020.8.26.0100 and code 9A4AF8F.

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
Praça João Mendes s/nº, Sala 1805, Centro - CEP 01501-900, Fone: (11) 2171-6505, São Paulo-SP - E-mail: sp1falencias@tjsp.jus.br
**Horário de Atendimento ao Público: das 12h30min às19h00min**

**DECISÃO**

| | |
|---|---|
| Processo Digital nº: | **1075159-25.2020.8.26.0100** |
| Classe - Assunto | **Recuperação Extrajudicial - Recuperação extrajudicial** |
| Requerente: | **Oeci S.a. e outros** |
| Tipo Completo da Parte Passiva Principal << Informação indisponível >>: | **Nome da Parte Passiva Principal << Informação indisponível >>** |

Juiz(a) de Direito: Dr(a). **JOAO DE OLIVEIRA RODRIGUES FILHO**

Vistos.

1. Trata-se de pedido de recuperação extrajudicial apresentada por ODEBRECHT ENGENHARIA E CONSTRUÇÃO S.A., CNPJ/MF nº 19.821.234/0001-28, CNO S.A., CNPJ/MF nº 15.102.288/0001-82 e OECI S.A., CNPJ/MF nº 10.220.039/0001-78, nas quais postulam homologação de plano apresentado às fls. 36/604, nos termos do art. 163 da Lei 11.101/2005.

2. Os credores abrangidos por recuperação extrajudicial são apenas os de natureza quirografária (credores financeiros detentores de *bonds* descritos às fls. 06/07) e as recuperandas apresentaram documentos buscando demosntrar a adesão de credores detentores de mais de 3/5 dos créditos desta classe, conforme procedimento descrito às fls. 19/21.

3. Pelo exposto, defiro o processamento da recuperação extrajudicial e determino:

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
Praça João Mendes s/nº, Sala 1805, Centro - CEP 01501-900, Fone: (11) 2171-6505, São Paulo-SP - E-mail: sp1falencias@tjsp.jus.br
**Horário de Atendimento ao Público: das 12h30min às19h00min**

a) a suspensão de todas as ações com base em créditos líquidos e sujeitos ao plano de recuperação.

Nos termos do art. 161, § 4º da LRF, não se suspendem as ações e execuções referentes às obrigações não contempladas no plano de recuperação extrajudicial. Assim, *contrario sensu*, aplica-se o disposto no art. 6º, §4º da LRF, suspendendo-se as ações e execuções referentes àqueles credores que se sujeitam à recuperação extrajudicial, bem como àqueles que não se sujeitam, mas que voluntariamente aderiram ao plano[1].

Por tais fundamentos, determino a suspensão de todas as ações contra as recuperandas com base em créditos quirografários líquidos sujeitos ao plano de recuperação, aderentes ou não ao mesmo. Esse período de suspensão (*stay period*) será limitado ao prazo de 180 dias, nos termos do §4º do art. 6º da LRF.

Em relação à forma de contagem dos prazos, informo que será observado o teor da decisão proferida recentemente (abril/2018) pelo STJ no REsp 1699528, segundo o qual todos os prazos estabelecidos pela Lei nº. 11.101/05 devem ser contados em dias corridos, não se aplicando ao microssistema da insolvência empresarial as disposições relativas a esse tema no Código de Processo Civil de 2015. Nesse sentido, todos prazos da Lei 11.101/2005, salvo os recursais, por se tratar de microssistema próprio e da legislação de insolvência possuir natureza bifronte, serão contados em dias corridos, assim como os prazos de apresentação do plano e de proteção do *stay period*

b) a publicação do edital de convocação dos credores, no órgão oficial e em jornal de grande circulação nacional ou das localidades da sede e de eventuais filiais das recuperandas, convocando todos os seus credores e eventuais interessados, para apresentação de impugnações ao plano de recuperação judicial, no prazo de 30 dias, contados da publicação, juntando a prova do seu crédito, de acordo com o art. 164 da Lei nº 1.101/2005;

c) o envio de carta, pelas recuperandas, a todos os credores abrangidos pelo plano, informando a distribuição do pedido, as condições do plano e o prazo para impugnação. A prova da remessa das cartas deverá ser feita em 10 dias.

---

[1] OLIVEIRA, Márcio Antonio. Recuperação Extrajudicial de Empresas, *in* Comentários completos à lei de recuperação de empresas e falências. Curitiba: Juruá, 2006. V. II. p. 300-301 (COSTA, Daniel Carnio).

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
Praça João Mendes s/nº, Sala 1805, Centro - CEP 01501-900, Fone: (11) 2171-6505, São Paulo-SP - E-mail: sp1falencias@tjsp.jus.br
**Horário de Atendimento ao Público: das 12h30min às19h00min**

d) a apresentação, pelas recuperandas, de todos os contratos em que há garantias cruzadas, bem como da relação de credores quirografários de cada uma das recuperandas, para verificação do quórum mínimo de 3/5 dos créditos abrangidos, para aprovação do plano, em relação a cada recuperanda, pois eventual impugnação à consolidação substancial poderá ser apresentada.

Intime-se.

São Paulo, 01 de setembro de 2020.

**DOCUMENTO ASSINADO DIGITALMENTE NOS TERMOS DA LEI 11.419/2006, CONFORME IMPRESSÃO À MARGEM DIREITA**

# TRANSLATION CERTIFICATION

County of Dutchess

State of New York

Date: November 9, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Portuguese (Brazil)

To:

- English (USA)

The documents are designated as:

- September 1 2020 Initial Court Order

Cierra Sharp, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*[signature]*

Signature of Cierra Sharp

Sworn before me on this day

November 9, 2020

*[signature]*

Notary Public

SAMUEL R GOLDFARB
Notary Public, State of New York
Reg. No. 01GO6398495
Qualified in Monroe County
Commission Expires 09/30/2023