**Exhibit E**

**Confirmation Order**

20-12741    Doc 3-5    Filed 11/24/20    Entered 11/24/20 20:23:23    Exhibit E    Pg 1 of 8

|  | **COURT OF JUSTICE OF THE STATE OF SÃO PAULO** |
|---|---|
| [Coat of Arms] Court of Justice February 3, 1874 | DISTRICT OF SÃO PAULO<br>CENTRAL CIVIL FORUM<br>1st CIRCUIT COURT OF BANKRUPTCY AND JUDICIAL REORGANIZATION |

PRAÇA JOÃO MENDES S/N°, São Paulo - SP - Zip Code 01501-900
**Public Service Hours : from 12:30 p.m. to 7:00 p.m.**

Digital Process No.:
Class - Subject
Applicant:
Complete Type of Main Defendant << Unavailable Information >>:

**SENTENCE**

1075159-25.2020.8.26.0100
**Out-of-court Recovery - Out-of-court Recovery**
**Odebrecht Engenharia e Construção S.a. and others**
Name of Main Defendant << Unavailable Information >>

Judge: Dr. JOAO DE OLIVEIRA RODRIGUES FILHO

Whereas,

ODEBRECHT ENGENHARIA E CONSTRUÇÃO S.A., a privately held corporation, headquartered at Rua Lemos Monteiro n°. 120, 14° andar, Parte 'J', Butantã, CEP 05501-050, in the city of São Paulo, State of São Paulo, Brazil, enrolled in the Corporate Taxpayer Registration (CNPJ/ME) under No. 19.821.234/0001-28 ("OEC"); CNO S.A., new name of Construtora Norberto Odebrecht S.A., a privately held limited company, headquartered at Rua Lemos Monteiro n°. 120, 7° andar, Parte 'E', Butantã, CEP 05501-050, in the city of São Paulo, State of São Paulo, Brazil, enrolled in the Corporate Taxpayer Registration (CNPJ/ME) under No. 15.102.288/0001-82 ("CNO"); and OECI S.A., new denomination of Odebrecht Engenharia e Construção Internacional S.A., a closely held corporation, headquartered at Rua Lemos Monteiro n°. 120, 12° andar, Parte 'H', Butantã, CEP 05501-050, in the city of São Paulo, State of São Paulo, Brazil, enrolled in the Corporate Taxpayer Registration Number (CNPJ/ME) under No. 10.220.039/0001-78 requested the ratification of an out-of-court recovery plan, in the terms and conditions that instructed its initial petition and with the economic and financial justifications that are there.

The processing of this procedure was granted by the decision on pgs. 9.643/9.645 and the public notice foreseen in art. 164 of Law 11.101/2005 on pgs. 11.274/11.275 was published according to the certificate of pgs. 11.276.

This document is a copy of the original, digitally signed by JOAO DE OLIVEIRA RODRIGUES FILHO, released in the file on 10/26/2020 at 08:43 a.m. To check the original, go to https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, inform the process 1075159-25.2020.8.26.0100 and code 9F1CC37.

|  |  |
|---|---|
| [Coat of Arms]<br>Court of Justice<br>February 3, 1874 | **COURT OF JUSTICE OF THE STATE OF SÃO PAULO**<br>DISTRICT OF SÃO PAULO<br>CENTRAL CIVIL FORUM<br>1st CIRCUIT COURT OF BANKRUPTCY AND JUDICIAL REORGANIZATION<br>PRAÇA JOÃO MENDES S/N°, São Paulo - SP – CEP 01501-900<br>**Public Service Hours: from 12:30 p.m. to 7:00 p.m.** |

After the term for filing oppositions, pursuant to Article 164, main *Section and Paragraph* 3 of Law 11101/2005, no refusals to accept were filed by the creditors involved.

**THESE ARE THE FACTS, AND THE COURT'S DECISION IS AS FOLLOWS:**

Law 11.101/05 does not provide for the existence of an out-of-court reorganization credit habilitation. It only provides for the possibility of oppositions to the out-of-court reorganization plan, restricting the oppositions to the following hypotheses (art. 164, § 3, LRF):

> I   not fulfilling the minimum percentage provided for in the caput of **art.** 163 of this Law;
>
> II   practice of any of the acts provided for in item III of art. 94 or in art. 130 of this Law, or non-fulfillment of any requirement provided for in this Law;
>
> III   non-compliance with any other legal requirement.

Among the hypotheses of impugnation, therefore, is the non-filling of the quorum of signature required 3/5 for the out-of-court reorganization plan to be obligated to all creditors covered by it. In this sense, although there is no provision for qualifications, oppositions and/or credit divergences, it is necessary that these be analyzed as an opposition to the plan, pursuant to Paragraph 3, Subsection I, of Art. 164, in order to verify their impact on the minimum percentage required.

However, no objections to the plan were filed and 73.96% of the creditors were proven to have adhered to it, according to documents on folio 623/633, whose creditors are listed on folio 114/116 and credits on folio 117/120.

Statements of consent, guidelines for the procedure, content of the plan, and information on the situation of the economic group contained in the document pgs. 636/982, including the methodology for adhesion to this procedure and its continuity before the United States Bankruptcy Court for the Southern District of New York, as presented in pgs. 680/681

[Coat of Arms]
Court of Justice
February 3, 1874

**COURT OF JUSTICE OF THE STATE OF SÃO PAULO**
DISTRICT OF SÃO PAULO
CENTRAL CIVIL FORUM
1st CIRCUIT COURT OF BANKRUPTCY AND JUDICIAL REORGANIZATION
PRAÇA JOÃO MENDES S/N°, São Paulo - SP - CEP 01501-900
**Public Service Hours: from 12:30 p.m. to 7:00 p.m.**

In view of the foregoing, existing no irregularities on the grounds for its rejection, I ratify, by sentence, the out-of-court recovery plan, for all legal purposes pursuant to art. 966, paragraph 4 of the CPC.

Court costs provided for in the law.

P.R.I.

São Paulo, October 26, 2020.

**DOCUMENT DIGITALLY SIGNED ACCORDING TO THE LAW 11.419/2006, AS PRINTED ON THE RIGHT MARGIN**

This document is a copy of the original, digitally signed by JOAO DE OLIVEIRA RODRIGUES FILHO, released in the file on 10/26/2020 at 08:43 a.m. To check the original, go to https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, inform the process 1075159-25.2020.8.26.0100 and code 9F1CC37.

**1075159-25.2020.8.26.0100 - page 3**

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
PRAÇA JOÃO MENDES S/Nº, São Paulo - SP - CEP 01501-900
**Horário de Atendimento ao Público: das 12h30min às19h00min**

**SENTENÇA**

| | |
|---|---|
| Processo Digital nº: | **1075159-25.2020.8.26.0100** |
| Classe - Assunto | **Recuperação Extrajudicial - Recuperação extrajudicial** |
| Requerente: | **Odebrecht Engenharia e Construção S.a. e outros** |
| Tipo Completo da Parte Passiva Principal << Informação indisponível >>: | **Nome da Parte Passiva Principal << Informação indisponível >>** |

Juiz(a) de Direito: Dr(a). **JOAO DE OLIVEIRA RODRIGUES FILHO**

Vistos.

ODEBRECHT ENGENHARIA E CONSTRUÇÃO S.A., sociedade anônima de capital fechado, com sede na Rua Lemos Monteiro nº. 120, 14º andar, Parte 'J', Butantã, CEP 05501-050, na cidade de São Paulo, Estado de São Paulo, Brasil, inscrita no CNPJ/ME sob o nº. 19.821.234/0001-28 ("OEC"); CNO S.A., nova denominação da empresa Construtora Norberto Odebrecht S.A., sociedade anônima de capital fechado, com sede na Rua Lemos Monteiro nº. 120, 7º andar, Parte 'E', Butantã, CEP 05501-050, na cidade de São Paulo, Estado de São Paulo, Brasil, inscrita no CNPJ/ME sob o nº. 15.102.288/0001-82 ("CNO"); e OECI S.A., nova denominação da Odebrecht Engenharia e Construção Internacional S.A., sociedade anônima de capital fechado, com sede na Rua Lemos Monteiro nº. 120, 12º andar, Parte 'H', Butantã, CEP 05501-050, na cidade de São Paulo, Estado de São Paulo, Brasil, inscrita no CNPJ/ME sob o nº. 10.220.039/0001-78 requereram a homologação de plano de recuperação extrajudicial, nos termos e condições que instruíram a sua petição inicial e com as justificativas econômicas e financeiras que lá constam.

Deferido o processamento deste procedimento por decisão de fls. 9.643/9.645 e publicado o edital previsto no art. 164 da Lei 11.101/2005 às fls. 11.274/11.275, conforme certidão de fls. 11.276.

**1075159-25.2020.8.26.0100 - lauda 1**

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
PRAÇA JOÃO MENDES S/Nº, São Paulo - SP - CEP 01501-900
**Horário de Atendimento ao Público: das 12h30min às19h00min**

Decorrido o prazo para apresentação de impugnações, nos termos do art. 164, *caput* e § 3º, da Lei 11.101/2005, não houve apresentação de irresignações por parte dos credores envolvidos.

**É O RELATÓRIO.**

**FUNDAMENTO E DECIDO.**

A Lei n. 11.101/05 não prevê a existência de habilitação de crédito em recuperação extrajudicial. Prevê somente a possibilidade de que sejam apresentadas impugnações ao plano de recuperação extrajudicial, restringindo as impugnações às seguintes hipóteses (art. 164, § 3º, LRF):

> *I – não preenchimento do percentual mínimo previsto no **caput** do art. 163 desta Lei;*
>
> *II – prática de qualquer dos atos previstos no inciso III do art. 94 ou do art. 130 desta Lei, ou descumprimento de requisito previsto nesta Lei;*
>
> *III – descumprimento de qualquer outra exigência legal.*

Dentre as hipóteses de impugnação, portanto, está a de não preenchimento do quórum de assinatura necessário – 3/5 – para que se obrigue ao plano de recuperação extrajudicial a todos os credores por ele abrangidos. Nesse sentido, embora não sejam previstas as habilitações, impugnações e/ou divergências de crédito, faz-se necessário que estas sejam analisadas como impugnação ao plano, nos termos do § 3º, inciso I, do art. 164, a fim de verificar seu impacto no percentual mínimo exigido.

Todavia, não foram apresentadas impugnações ao plano apresentado e houve a comprovação de adesão a ele por parte de 73,96% dos credores, conforme documentos de fls. 623/633, cujos credores encontram-se listados às fls. 114/116 e créditos listados às fls. 117/120.

Declarações de consentimento, diretrizes do procedimento, conteúdo do plano e informações sobre a situação do grupo econômico constantes do documento de fls. 636/982, especificando, inclusive, a metodologia de adesão a este procedimento e sua continuidade perante o Tribunal de Falências dos Estados Unidos do Distrito Sul de Nova Iorque, conforme exposição às fls. 680/681

**1075159-25.2020.8.26.0100 - lauda 2**

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
PRAÇA JOÃO MENDES S/Nº, São Paulo - SP - CEP 01501-900
**Horário de Atendimento ao Público: das 12h30min às19h00min**

Em face do exposto, homologo, por sentença, o plano de recuperação extrajudicial, para que produza os seus jurídicos e legais efeitos de direito, inexistentes irregularidades que recomendem a sua rejeição, observando-se o art. 966, § 4º, do CPC.

Custas na forma da lei.

P.R.I.

São Paulo, 26 de outubro de 2020.

**DOCUMENTO ASSINADO DIGITALMENTE NOS TERMOS DA LEI 11.419/2006,
CONFORME IMPRESSÃO À MARGEM DIREITA**

**1075159-25.2020.8.26.0100 - lauda 3**

MORNINGSIDE
Getting Ideas Right.

# TRANSLATION CERTIFICATION

County of __Dutchess__

State of __New York__

Date: November 9, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Portuguese (Brazil)

To:

- English (USA)

The documents are designated as:

- October 26 2020 Confirmation Order

Cierra Sharp, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Cierra Sharp

Sworn before me on this day

November 9, 2020

_____
Notary Public

SAMUEL R GOLDFARB
Notary Public, State of New York
Reg. No. 01GO6398495
Qualified in Monroe County
Commission Expires 09/30/2023